IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01607-RM-KLM

LEE KUNTZ DEVELOPMENT, LLC,

    Plaintiff,

v.

MASSACHUSETTS BAY INSURANCE COMPANY,

    Defendant.

---

## STIPULATION AND ORDER REGARDING FED. R. EVID. 502(d)

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s Timothy G. Burchard | /s |
| Timothy G. Burchard, II | Tory D. Riter, Esq. |
| Larry E. Bache, Jr. | Evan P. Lee, Esq. |
| Jonathan E. Bukowski | Morgan Rider Riter Tsai, PC |
| Merlin Law Group, PA | 1512 Larimer Street, Suite 450 |
| 1001 17th Street, Suite 1150 | Denver, CO 80202 |
| Denver, CO 80202 | Phone: (303) 623-1832 |
| Telephone: 720-665-9680 | Fax: (303) 623-1833 |
| Facsimile: 720-665-9681 | E-Mail: triter@morganrider.com |
| E-Mail: tburchard@merlinlawgroup.com | E-Mail: elee@morganrider.com |
| E-Mail: lbache@merlinlawgroup.com | *Attorneys for Defendant* |

Page **1** of **2**

E-Mail: jbukowski@merlinlawgroup.com
*Attorneys for Plaintiff*

**SO ORDERED**

Dated: October 3, 2018

_____
Honorable Kristen L. Mix
United States Magistrate Judge